UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **DAVID J. RUDOMETKIN**, *et al*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 21-cv-2220 (TSC) |
| **LLOYD J. AUSTIN**, *in his capacity as the Secretary of Defense*, | ) ) ) ) | |
| Defendant. | ) ) ) | |

**ORDER**

Defendant Lloyd Austin III, in his official capacity as the U.S. Secretary of Defense, has moved to dismiss the Complaint under Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, (ECF No. 25), and to be excused from the requirements from any obligation pursuant to Local Civil Rule 7(n) to file a certified list of the contents of the administrative record simultaneously with his dispositive motion to dismiss. Because a ruling on the motion to dismiss might fully dispose of this case, the court hereby advises the *pro se* Plaintiffs of their obligations under the Federal Rules of Civil Procedure and the rules of this court. *See Neal v. Kelly*, 963 F.2d 453, 456 (D.C. Cir. 1992); *Fox v. Strickland*, 837 F.2d 507, 509 (D.C. Cir. 1988).

In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. Such "notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id*. at 509. In addition, the court's local rules

concerning dispositive motions state: "[w]ithin 14 days of the date of service or at such other time as the Court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion [or] the Court may treat the motion as conceded."  Local Civil Rule 7(b).  <u>Moreover, the court may treat as conceded any arguments a defendant has advanced in support of its motion that a plaintiff fails to address in his opposition</u>.  *See Hopkins v. Women's Div., General Bd. of Global Ministries*, 284 F. Supp. 2d 15, 25 (D.D.C. 2003), *aff'd*, 98 F. App'x. 8 (D.C. Cir. 2004) (citing *FDIC v. Bender*, 127 F.3d 58, 67-68 (D.C. Cir. 1997)) (other citation omitted).

The Plaintiff is advised that the court will rule on the Defendant's motions taking into consideration the facts proffered in the Amended Complaint, along with the Plaintiffs' response or opposition to the motions.  **Plaintiff shall file his opposition or other response to the motion to dismiss and motion to excuse compliance with Local Civil Rule 7(n) no later than October 31, 2022.  If the Plaintiff does not respond by that date or does not fully respond to the arguments raised by the Defendants, the court may treat the motions as conceded and dismiss the claims asserted against the moving Defendants.**

Plaintiff's responses shall be limited to twelve pages each.  Plaintiff is hereby reminded that "[a]ll pleadings shall appear in 12-pt. font and shall be double-spaced.  Footnotes, which shall not be excessive, shall also appear in 12-pt. font."  Local Civil Rule 5.1(d).

The Clerk of the Court shall mail a copy of this order to:

> **DAVID J. RUDOMETKIN**
> R#96434
> U.S. DISCIPLINARY BARRACKS

1300 N. Warehouse Road
Fort Leavenworth, KS 66027

**CORRY P. BROOKS**
U.S. DISCIPLINARY BARRACKS
1300 N. Warehouse Road
Fort Leavenworth, KS 66027

**ALEXANDER L. DRISKILL**
U.S. DISCIPLINARY BARRACKS
1300 N. Warehouse Road
Fort Leavenworth, KS 66027

**ROBERT L. BARNETT, III**
U.S. DISCIPLINARY BARRACKS
1300 N. Warehouse Road
Fort Leavenworth, KS 66027

Date: September 11, 2022

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge